## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| CHRISTOPHER BOFFOLI,<br>an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>PINTEREST, INC., a Delaware corporation,<br>and DOES 1-5,<br><br>          Defendants | Case No. 14-cv-01811-TSZ<br><br>**NOTICE OF CHANGE OF<br>ADDRESS** |

Please take notice that effective December 23, 2014, Newman Du Wors LLP's

Seattle address will be

2101 Fourth Avenue
Suite 1500
Seattle, WA 98121

Telephone numbers and other contact information remain the same.

Dated December 11, 2014.

                             **NEWMAN DU WORS LLP**

                             **By:**

                             Keith Scully, WSBA No. 28677
                             Attorney for Plaintiff