# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHRISTOPHER BOFFOLI, an individual, <br><br> Plaintiff, <br><br> v. <br><br> PINTEREST, INC., a Delaware corporation, and DOES 1-5, <br><br> Defendants | Case No. 14-cv-01811-TSZ <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS** |

Plaintiff Christopher Boffoli and Pinterest, Inc., by and through their undersigned counsel, stipulate that Plaintiff's claims against the Defendants shall be dismissed with prejudice and without cost to any party.

Dated September 1, 2015.

Respectfully Submitted,

By: /s/ Keith Scully
Keith Scully, (Wash. Bar No. 28677)
Newman Du Wors LLP
2101 Fourth Avenue Suite 1500
Seattle, WA 98121
Telephone: (206) 274-2800

STIPULATED DISMISSAL - 1       **NEWMAN DU WORS LLP**       2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

Facsimile (206) @74-2801
E-mail: keith@newmanlaw.com

Attorney for Plaintiff
Christopher Boffoli

By: /s/ Barry M. Kaplan
Barry M. Kaplan (Wash. Bar No. 8661)
Wilson, Sonsini, Goodrich & Rosati, PC
701 Fifth Avenue, Suite 5100
Seattle, Washington 98104
Telephone: (206) 883-2500
Facsimile: (206) 883-269
E-Mail: bkaplan@wsgr.com

-and-

Of Counsel:

David H. Kramer (CA State Bar No. 168452)
(Pro Hac Vice)
Wilson, Sonsini, Goodrich & Rosati, PC
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
E-Mail: dkramer@wsgr.com

Brian M. Willen, (NY State Bar No. 4191730)
(Pro Hac Vice)
Wilson, Sonsini, Goodrich & Rosati, PC
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Attorneys for Defendant Pinterest, Inc.

STIPULATED DISMISSAL - 2

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

**ORDER**

NOW, THEREFORE, the parties to the above-captioned action hereby stipulate and agree to dismiss

**IT IS SO ORDERED** this _____ day of _____, 2015.

_____
The Honorable Thomas S. Zilly

Presented by:

NEWMAN DU WORS LLP


By: /s/ Keith Scully
Keith Scully, (Wash. Bar No. 28677)
2101 Fourth Avenue Suite 1500
Seattle, WA 98121
Telephone: (206) 274-2800
Facsimile (206) @74-2801
E-mail: keith@newmanlaw.com

Attorney for Plaintiff
Christopher Boffoli


WILSON, SONSINI, GOODRICH & ROSATI, PC


By: /s/ Barry M. Kaplan
Barry M. Kaplan (Wash. Bar No. 8661)
701 Fifth Avenue, Suite 5100
Seattle, Washington 98104
Telephone: (206) 883-2500
Facsimile: (206) 883-269
E-Mail: bkaplan@wsgr.com

-and-

| | |
|---|---|
| 1 | Of Counsel: |
| 2 | |
| 3 | David H. Kramer (CA State Bar No. 168452)<br>(Pro Hac Vice) |
| 4 | WILSON, SONSINI, GOODRICH & ROSATI, PC<br>650 Page Mill Road |
| 5 | Palo Alto, California 94304 |
| 6 | Telephone: (650) 493-9300<br>Facsimile: (650) 493-6811 |
| 7 | E-Mail: dkramer@wsgr.com |
| 8 | |
| 9 | Brian M. Willen, (NY State Bar No. 4191730)<br>(Pro Hac Vice) |
| 10 | WILSON, SONSINI, GOODRICH & ROSATI, PC<br>1301 Avenue of the Americas |
| 11 | 40th Floor |
| 12 | New York, NY 10019-6022<br>Telephone: (212) 999-5800 |
| 13 | Facsimile: (212) 999-5899<br>Email: bwillen@wsgr.com |
| 14 | |
| 15 | Attorneys for Defendant Pinterest, Inc. |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATED DISMISSAL - 4       **NEWMAN DU WORS LLP**       2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800